# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR199** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **FRED DAVID RODRIGUEZ-SOLIS,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's unopposed motion for an extension of time until February 21, 2006 (Filing No. 68) to file objections to the Magistrate Judge's Report and Recommendation (Filing No. 65).

IT IS ORDERED:

1. The Defendant's motion for an extension of time (Filing No. 68) to file objections to the Magistrate Judge's Report and Recommendation is granted; and

2. The Defendant must file any objections to the Report and Recommendation on or before February 21, 2006.

DATED this 13th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge